UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID HARRIS,

       Plaintiff,            No. 2:17-cv-0665 KJN P

vs.

O. DAVID, et al.,

       Defendants.      **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      David Harris, inmate V-44211, a necessary and material witness in proceedings in this case on November 28, 2017, is confined in Pelican Bay State Prison, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kendall J. Newman, to appear by video-conferencing at Pelican Bay State Prison, November 28, 2017, at 9:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3. The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at Pelican Bay State Prison, (707) 465-9099.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Pelican Bay State Prison P.O. Box 7000, Crescent City, California 95531:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: August 10, 2017

                                                     KENDALL J. NEWMAN
                                                     UNITED STATES MAGISTRATE JUDGE

harr0665.841.vc