UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HARRIS, | No. 2:17-cv-0665 KJN P |
| Plaintiff, | |
| v. | ORDER |
| O. DAVID, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se. The court received plaintiff's December 6, 2017 letter (ECF No. 20), and the undersigned appreciates plaintiff's comments. However, it would be inappropriate for a judge to communicate ex parte with a litigant, especially where the litigant still has a case pending in federal court.

IT IS SO ORDERED.

Dated: December 13, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/harr0665.apprec

1